# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:18-CV-00430-GCM

| | |
|---|---|
| **KAREN M. MOORE,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **KILOLO KIJAKAZI,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney's Fees Under the Social Security Act (ECF No. 21). Invoking 42 U.S.C. § 406(b)(1), Plaintiff seeks attorney's fees in the amount of $21,216. The Acting Commissioner neither objects nor consents to the motion, and simply reminds the Court that it is the duty of the Court to determine a reasonable fee.

The Court has reviewed Plaintiff's motion and the supporting materials, and is satisfied that the fees sought by Plaintiff's counsel are reasonable. The requested sum is less than 25 percent of Plaintiff's total recovery of $94,866.52. Furthermore, the hours and rates billed by Plaintiff's counsel are reasonable in light of counsel's expertise and the complexity of the case.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Attorney's Fees (ECF No. 21) is **GRANTED**. Plaintiff's counsel shall be awarded fees under 42 U.S.C. § 406(b) in the amount of $21,216.00. Counsel shall also refund to Plaintiff $7,500, representing the funds awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

**SO ORDERED**.

Signed: February 23, 2022

Graham C. Mullen
United States District Judge